```
                        United States Bankruptcy Court
                          Northern District of Alabama
```

In re:                                                      Case No. 17-81529-CRJ
Albert Delong                                               Chapter 7
        Debtor                  **CERTIFICATE OF NOTICE**

```
District/off: 1126-8        User: admin         Page 1 of 2          Date Rcvd: Jul 15, 2020
                            Form ID: 309A       Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
```
db            +Albert Delong,   3212 E. Willow Street,   Scottsboro, AL 35768-4150
tr            +Judith Thompson,   P.O. Box 18966,   Huntsville, AL 35804-8966
9383418        First Premier Bank,   601 S Minneaplois Ave,   Dious FDalls, SD 57104
9404763       +H&R Block Bank,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
10483141      +Highland Medical Center,   380 Woods Cove Rd.,   Scottsboro, AL 35768-2428
9383420       +Reflex,   PO Box 8099,   Newark, DE 19714-8099
9383423       +Scottsboro Urgent Care,   PO Box 730,   Scottsboro, AL 35768-0730
9383425       +Sun Loan Company,   201 Veterans Dr Ste 105,   Scottsboro, AL 35768-2168
9383411       +Ultimate Auto,   3205 S Broad St.,   Scottsboro, AL 35769-7514
9421735       +Ultimate Auto Sales,   William Tally, Claims Signatory,   P.O. Box 1067,
               Scottsboro, AL 35768-1067
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: john@jlarsenlaw.com Jul 16 2020 05:19:39    John C. Larsen,   Larsen Law, P.C.,
               1733 Winchester Rd,   Huntsville, AL  35811
smg           +E-mail/Text: bnc_notices_northern@alnba.uscourts.gov Jul 16 2020 05:21:57    Richard Blythe,
               BA Decatur,   P O Box 3045,   Decatur, AL 35602-3045
9383413       +E-mail/Text: bk@creditcentralllc.com Jul 16 2020 05:23:03    Credit Central,
               145 East Laurel St,   Scottsboro, AL 35768-1801
9469783       +E-mail/Text: bk@creditcentralllc.com Jul 16 2020 05:23:03    Credit Central LLC,
               700 E North St Ste 15,   Greenville, SC 29601-3013
9383414       +EDI: CCS.COM Jul 16 2020 08:03:00    Credit Collections Svc,   Po Box 773,
               Needham, MA 02494-0918
9383415       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 16 2020 05:28:28    Credit One Bank Na,
               Po Box 98873,   Las Vegas, NV 89193-8873
9383416       +E-mail/Text: dleabankruptcy@hrblock.com Jul 16 2020 05:20:14    Emerald Financial Services,
               PO Box 30040,   Tampa, FL 33630-3040
9383417       +EDI: BLUESTEM Jul 16 2020 08:03:00    Fingerhut,   6250 Ridgewood Rd,
               St Cloud, MN 56303-0820
9603972        EDI: JEFFERSONCAP.COM Jul 16 2020 08:03:00    JEFFERSON CAPITAL SYSTEMS LLC,   PO Box 7999,
               St Cloud MN 56302
9424719        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2020 05:29:55
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
9383419       +E-mail/Text: netcreditbnc@enova.com Jul 16 2020 05:23:13    Net Credit Financial,
               Po Box 645295,   Cincinnati, OH 45264-5295
9483555       +EDI: JEFFERSONCAP.COM Jul 16 2020 08:03:00    Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
9482102        EDI: Q3G.COM Jul 16 2020 08:03:00    Quantum3 Group LLC as agent for,   Sadino Funding LLC,
               PO Box 788,   Kirkland, WA  98083-0788
9391731       +E-mail/Text: bankruptcy@regionalmanagement.com Jul 16 2020 05:20:35
               REGIONAL MANAGEMENT CORPORATION,   979 BATESVILLE ROAD, SUITE B,   GREER, SC 29651-6819
9383422        E-mail/Text: bankruptcy@republicfinance.com Jul 16 2020 05:23:22    Republic Finance,
               282 Tower Rd.,   Ponchatoula, LA 70454
9383421       +E-mail/Text: bankruptcy@regionalmanagement.com Jul 16 2020 05:20:35    Regional Finance,
               1605 S Broad St.,   Scottsboro, AL 35768-2610
9430291       +E-mail/Text: bankruptcy@regionalmanagement.com Jul 16 2020 05:20:35
               Regional Management Corporation,   Shannon E. Henry, Claims Signatory,
               979 Batesville Road Suite B,   Greer, SC 29651-6819
9374234       +EDI: SECFIN.COM Jul 16 2020 08:03:00    SFC Central Bankruptcy,   PO Box 1893,
               Spartanburg, SC 29304-1893
9383424       +EDI: SECFIN.COM Jul 16 2020 08:03:00    Security Finance,   Sfc Centralized Bankruptcy,
               Po Box 1893,   Spartanburg, SC 29304-1893
                                                                              TOTAL: 19
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*       ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
          (address filed with court: Jefferson Capital Systems LLC,   PO Box 7999,
           St Cloud, MN  56302-9617)
cr*       ++REPUBLIC FINANCE LLC,   282 TOWER RD,   PONCHATOULA LA 70454-8318
          (address filed with court: Republic Finance, LLC,   282 Tower Rd.,   Ponchatoula, LA  70454)
9383412   ##+Continental Finance Co,   Cfc,   121 Continental Dr #108,   Newark, DE 19713-4326
                                                               TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
          John C. Larsen    on behalf of Debtor Albert  Delong john@jlarsenlaw.com,
           lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com
          Judith  Thompson    judith@al-bk.com,  AL03@ecfcbis.com
          Michele T. Hatcher   ecf@ch13decatur.com,  michele.hatcher@ch13decatur.com
                                                                          TOTAL: 3

| | | | |
|---|---|---|---|
| Debtor 1 | **Albert Delong** | Social Security number or ITIN | **xxx–xx–3550** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN   _ _–_ _ _ _ _ _ _ | |
| UNITED STATES BANKRUPTCY COURT   NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION | | Date case filed in chapter **13**          **5/17/17** | |
| Case number:   **17–81529–CRJ7** | | Date case converted to chapter **7**     **7/14/20** | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Albert Delong | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3212 E. Willow Street<br>Scottsboro, AL 35768 | |
| 4. | **Debtor's attorney**<br>Name and address | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811 | Contact phone 256 859–3008<br><br>Email: john@jlarsenlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Judith Thompson<br>P.O. Box 18966<br>Huntsville, AL 35804 | Contact phone 256 880–2217 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | 400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602 | Hours open:<br><br>8:00 a.m. – 4:00 p.m.<br>Monday–Friday<br><br>Contact phone 256–584–7900<br><br>Date: 7/15/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 28, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Madison County Courthouse, 6th Floor, Room 616, 100 Northside Square, Huntsville, AL 35801** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/27/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Case 17-81529-CRJ7    Doc 43    Filed 07/17/20    Entered 07/17/20 23:50:04    Desc
Imaged Certificate of Notice    Page 4 of 4