In re:     Case No. 17-81529-CRJ

Albert Delong     Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1126-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 03, 2020 | Form ID: 318 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Albert Delong, 3212 E. Willow Street, Scottsboro, AL 35768-4150 |
| 9383418 | | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 9404763 | + | H&R Block Bank, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 10483141 | + | Highland Medical Center, 380 Woods Cove Rd., Scottsboro, AL 35768-2428 |
| 9383420 | + | Reflex, PO Box 8099, Newark, DE 19714-8099 |
| 9383423 | + | Scottsboro Urgent Care, PO Box 730, Scottsboro, AL 35768-0730 |
| 9383425 | + | Sun Loan Company, 201 Veterans Dr Ste 105, Scottsboro, AL 35768-2168 |
| 9383411 | + | Ultimate Auto, 3205 S Broad St., Scottsboro, AL 35769-7514 |
| 9421735 | + | Ultimate Auto Sales, William Tally, Claims Signatory, P.O. Box 1067, Scottsboro, AL 35768-1067 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: bnc_notices_northern@alnba.uscourts.gov | Nov 04 2020 01:22:00 | Richard Blythe, BA Decatur, P O Box 3045, Decatur, AL 35602-3045 |
| 9383413 | + | Email/Text: bk@creditcentralllc.com | Nov 04 2020 01:24:00 | Credit Central, 145 East Laurel St, Scottsboro, AL 35768-1801 |
| 9469783 | + | Email/Text: bk@creditcentralllc.com | Nov 04 2020 01:24:00 | Credit Central LLC, 700 E North St Ste 15, Greenville, SC 29601-3013 |
| 9383414 | + | EDI: CCS.COM | Nov 04 2020 03:23:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 9383415 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2020 00:27:45 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 9383416 | + | Email/Text: dleabankruptcy@hrblock.com | Nov 04 2020 01:20:00 | Emerald Financial Services, PO Box 30040, Tampa, FL 33630-3040 |
| 9383417 | + | EDI: BLUESTEM | Nov 04 2020 03:23:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 9603972 | | EDI: JEFFERSONCAP.COM | Nov 04 2020 03:23:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 9424719 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2020 00:26:21 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9383419 | + | Email/Text: netcreditbnc@enova.com | Nov 04 2020 01:24:06 | Net Credit Financial, Po Box 645295, Cincinnati, OH 45264-5295 |
| 9483555 | + | EDI: JEFFERSONCAP.COM | Nov 04 2020 03:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 9482102 | | EDI: Q3G.COM | Nov 04 2020 03:23:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9391731 | + | Email/Text: bankruptcy@regionalmanagement.com | Nov 04 2020 01:20:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD, SUITE B, GREER, SC 29651-6819 |
| 9383422 | | Email/Text: bankruptcy@republicfinance.com | Nov 04 2020 01:24:00 | Republic Finance, 282 Tower Rd., Ponchatoula, LA 70454 |
| 9383421 | + | Email/Text: bankruptcy@regionalmanagement.com | Nov 04 2020 01:20:00 | Regional Finance, 1605 S Broad St., Scottsboro, AL 35768-2610 |
| 9430291 | + | Email/Text: bankruptcy@regionalmanagement.com | Nov 04 2020 01:20:00 | Regional Management Corporation, Shannon E. Henry, Claims Signatory, 979 Batesville Road Suite B, Greer, SC 29651-6819 |
| 9374234 | + | EDI: SECFIN.COM | Nov 04 2020 03:23:00 | SFC Central Bankruptcy, PO Box 1893, Spartanburg, SC 29304-1893 |
| 9383424 | + | EDI: SECFIN.COM | Nov 04 2020 03:23:00 | Security Finance, Sfc Centralized Bankruptcy, Po Box 1893, Spartanburg, SC 29304-1893 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *P++ | REPUBLIC FINANCE LLC, 282 TOWER RD, PONCHATOULA LA 70454-8318, address filed with court:, Republic Finance, LLC, 282 Tower Rd., Ponchatoula, LA 70454 |
| 9383412 | ##+ | Continental Finance Co, Cfc, 121 Continental Dr #108, Newark, DE 19713-4326 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2020            Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| John C. Larsen | on behalf of Debtor Albert Delong john@jlarsenlaw.com lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com |
| Judith Thompson | judith@al-bk.com AL03@ecfcbis.com |

Judith Thompson
                          on behalf of Trustee Judith Thompson judith@al-bk.com  AL03@ecfcbis.com

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Albert Delong** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3550 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

UNITED STATES BANKRUPTCY COURT   NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

Case number:   17–81529–CRJ7

# Order of Discharge   (12/15)

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Albert Delong

<u>11/3/20</u>   **By the court:**   <u>Clifton R. Jessup Jr.</u>
                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**ATTENTION DEBTOR:   IMPORTANT DOCUMENT!   PLEASE KEEP FOR YOUR RECORDS!**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**