IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In Re: Albert Delong ) | |
| SSN: XXX-XX-3550 ) | |
| ) | Case No.17-81529-CRJ-7 |
| ) | |
| ) | Chapter 7 |
| ) | |
| Debtor, ) | |

## MOTION TO REOPEN CASE

Come now the Debtor, Albert Delong, and moves the Court to allow them to reopen his Chapter 7 case. In support of this motion, debtor states as follows:

1. The debtor's Chapter 13 bankruptcy case was filed on May 17, 2017 and converted to a Chapter 7 bankruptcy case on July 14, 2020.

2. This case was discharged on November 3, 2020.

3. Debtor requests the case to be reopened for a pending Motion for Contempt and for Sanctions to be heard by this Court.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, debtor respectfully requests that the court enter an order reopening the case.

        Respectfully submitted,

        /s/ *John C. Larsen*
        Attorney for Debtor,
        Albert Delong

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion to Reopen has been served on all the creditors listed on the attached matrix by U.S. mail postage prepaid and properly addressed and on Judith Thompson, Chapter 7 Trustee, electronically on this the 2nd day of March, 2021.

/s/ *John C. Larsen*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 17-81529-CRJ7<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Tue Mar  2 12:07:53 CST 2021 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (p)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | Continental Finance Co<br>Cfc<br>121 Continental Dr #108<br>Newark, DE 19713-4326 | Credit Central<br>145 East Laurel St<br>Scottsboro, AL 35768-1801 |
| Credit Central LLC<br>700 E North St Ste 15<br>Greenville, SC 29601-3013 | Credit Collections Svc<br>Po Box 773<br>Needham, MA 02494-0918 | Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Emerald Financial Services<br>PO Box 30040<br>Tampa, FL 33630-3040 | Fingerhut<br>6250 Ridgewood Rd<br>St Cloud, MN 56303-0820 | First Premier Bank<br>601 S Minneaplois Ave<br>Dious FDalls, SD 57104 |
| H&R Block Bank<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Highland Medical Center<br>380 Woods Cove Rd.<br>Scottsboro, AL 35768-2428 | Highlands Hospitalists Services, LLC<br>Registered Agent: Gary W. Lackey<br>126 E. Peachtree Street<br>Scottsboro, AL 35768-1810 |
| Holloway Credit Solutions, LLC<br>P.O. Box 230609<br>Montgomery, AL 36123-0609 | Jackson County Health Care Authority<br> d/b/a Highlands Hospitalists Services,<br>P.O. Box 1050<br>Scottsboro, AL 35768-1050 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Net Credit Financial<br>Po Box 645295<br>Cincinnati, OH 45264-5295 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| REGIONAL MANAGEMENT CORPORATION<br>979 BATESVILLE ROAD, SUITE B<br>GREER, SC 29651-6819 | Reflex<br>PO Box 8099<br>Newark, DE 19714-8099 | Regional Finance<br>1605 S Broad St.<br>Scottsboro, AL 35768-2610 |
| Regional Management Corporation<br>Shannon E. Henry, Claims Signatory<br>979 Batesville Road Suite B<br>Greer, SC 29651-6819 | SFC Central Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 | Scottsboro Urgent Care<br>PO Box 730<br>Scottsboro, AL 35768-0730 |
| Security Finance<br>Sfc Centralized Bankruptcy<br>Po Box 1893<br>Spartanburg, SC 29304-1893 | Sun Loan Company<br>201 Veterans Dr Ste 105<br>Scottsboro, AL 35768-2168 | Ultimate Auto<br>3205 S Broad St.<br>Scottsboro, AL 35769-7514 |

| | | |
|---|---|---|
| Ultimate Auto Sales<br>William Tally, Claims Signatory<br>P.O. Box 1067<br>Scottsboro, AL 35768-1067 | Albert Delong<br>3212 E. Willow Street<br>Scottsboro, AL 35768-4150 | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811-9190 |
| Judith Thompson<br>P.O. Box 18966<br>Huntsville, AL 35804-8966 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | Republic Finance, LLC<br>282 Tower Rd.<br>Ponchatoula, LA 70454 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 |
| (d)Republic Finance<br>282 Tower Rd.<br>Ponchatoula, LA 70454 | End of Label Matrix<br>Mailable recipients   33<br>Bypassed recipients    0<br>Total                33 | |